JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **DAGOBERTO MENDOZA,** <br><br> Defendant. | Case No. CV 13-01422 WDK (PLAx) <br><br> **JUDGMENT** |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendant Dagoberto Mendoza, individually and doing business as Mariscos La Ola, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendant Dagoberto Mendoza, individually and doing business as Mariscos La Ola, as follows:

(a)   defendant Dagoberto Mendoza individually and doing business as Mariscos La Ola, shall pay the plaintiff, J & J Sports Productions, Inc., $3,200.00

1   in total damages plus attorneys' fees in the amount of $520.00 plus costs.

2

3   IT IS SO ORDERED.

4

5   IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United
6   States mail or by telefax or by email, copies of this Order on counsel in this matter.

7

8

9   Dated: September 8, 2014       _____

William Keller
United States District Judge